BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

JACKSON WALKER LLP
DAVID C. MYERS*
HANNAH WALSH MULKEY*
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
Telephone: (214) 953-6000
dmyers@jw.com
hwalsh@jw.com

*Motion to Appear Pro Hac Vice Forthcoming

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TANNER,<br><br>                    Plaintiff,<br><br>          v.<br><br>SOUTHERN GLAZER'S WINE AND<br>SPIRITS, LLC,<br><br>                    Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Southern Glazer's Wine and Spirits, LLC ("SGWS") gives notice to this Court of the removal of Case No. STK-CV-UD-2024-0016412 from the Superior Court of San Joaquin County, California to the United States District Court for the Eastern District of California, Sacramento Division, as follows:

## I. INTRODUCTION

Plaintiff Robert Tanner ("Plaintiff") brought this action in the Superior Court of San Joaquin County, California. Plaintiff alleges that SGWS slandered and defamed him and seeks damages of $25 million. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship of parties and the amount in controversy exceeds $75,000.00.

## II. PROCEDURAL HISTORY

SGWS is the named Defendant in *Robert Tanner v. Southern Glazer's Wine and Spirits*, Case No. STK-CV-UD-2024-0016412, filed in the Superior Court in San Joaquin County, California (the "State Court Action").

Plaintiff filed his Complaint in the State Court Action on or about November 22, 2024 (the "Complaint"). SGWS was served the Complaint on December 2, 2024 via United States mail.

This Notice is being filed with this Court within thirty days after SGWS received a copy of Plaintiff's initial Complaint, so this Notice of Removal is timely under 28 U.S.C. § 1446(b).

In accordance with 28 U.S.C. § 1446(a), true and complete copies of the following documents (which constitute all documents served upon SGWS in the State Court Action) are attached to this Notice of Removal:

| Exhibit 1 | Plaintiff's Complaint and Civil Cover Sheet |
| Exhibit 2 | Summons |
| Exhibit 3 | Proof of Service |
| Exhibit 4 | Notice of Case Assignment and Notice of Hearing |

SGWS is the sole named Defendant in the State Court Action.[1] There is no other Defendant that needs to join in or consent to this removal. *See* 28 U.S.C. § 1446(b)(2)(A).

### III.  GROUNDS FOR REMOVAL (DIVERSITY OF CITIZENSHIP)

This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a)(1), which provides that a United States District Court has original jurisdiction over all civil actions (1) between "citizens of different States" where (2) "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." Because the parties to this action are completely diverse and the amount in controversy exceeds the jurisdictional minimum, the State Court Action constitutes a removable civil action under 28 U.S.C. § 1441(a).

**A.     The Parties Are Completely Diverse.**

At all relevant times, Plaintiff has resided in California.  Plaintiff pled that "[d]uring the time of the underlying events," he lived in Stockton, California. Ex. 1, Pl.'s Compl., ¶ 3. And at the time the Complaint was filed, Plaintiff lived in Lodi, California. *See generally id.* Therefore, Plaintiff is a citizen of California.

Defendant SGWS is a limited liability company. For purposes of diversity jurisdiction, an LLC's citizenship is the citizenship of each of its members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). SGWS has four members: Glazer's, Inc., Glazer's Venture Holdings, Inc., SWS Holdings, Inc., and Southern Wine and Spirits Corporation.

All four members are citizens of either Texas or Florida. A corporation is a citizen only of its state of incorporation and the state where its principal place of business is located. *See Johnson*, 437 F.3d at 899 (citing 28 U.S.C. § 1332(c)(1)). Glazer's, Inc. and Glazer's Venture Holdings, Inc. are both Texas corporations with their principal places of business in Texas. SWS Holdings, Inc. and Southern Wine and Spirits Corporation are both Florida corporations with their principal places of business in Florida.

---

[1] Plaintiff refers to "DOES 1 through 50" in paragraphs 6 and 7 of the Complaint. *See* **Ex. 1**, Pl.'s Compl., ¶¶ 6, 7. Plaintiff did not properly designate any additional Defendants in the State Court Action. *See generally id.* Regardless, even if Plaintiff had designated additional Defendants under fictitious names, such designations must be disregarded under 28 U.S.C. § 1441(b)(1).

Thus, SGWS is a citizen of Texas and Florida only, while Plaintiff is a citizen of California. Because SGWS is not a citizen of California, complete diversity exists.

**B.     The Amount In Controversy Exceeds $75,000.**

In the Complaint, Plaintiff alleges actual damages of $10 million and requests $15 million in punitive damages. Ex. 1, Pl.'s Compl., ¶ 14. On the face of Plaintiff's pleadings, the amount in controversy far exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs. *See Adkins v. J.B. Hunt Transp., Inc.*, 293 F. Supp. 3d 1140, 1144 (E.D. Cal. 2018) ("To determine if the amount in controversy requirement is met, the court looks to the amount demanded by the plaintiff in the Complaint.").

Consequently, this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and this case may be removed to this Court by Removing Defendants pursuant to 28 U.S.C. § 1441(a).

## IV.  VENUE

Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) for purposes of removal because the Eastern District of California is the federal judicial district encompassing the Superior Court of San Joaquin County, California where the State Court Action was originally filed.

## V.  NOTICE TO ADVERSE PARTY & STATE COURT

Pursuant to 28 U.S.C. §1446(d), prompt written notice of the filing of this Notice of Removal is being given to Plaintiff and a true and correct copy of this Notice of Removal is being filed with the Office of the San Joaquin County Superior Court Clerk.

## VI.  CONCLUSION

Defendant Southern Glazer's Wine and Spirits, LLC gives notice that Case No. STK-CV-UD-2024-0016412 in the Superior Court in San Joaquin County, California is hereby removed to the United States District Court for the Eastern District of California, Sacramento Division. By this Notice of Removal, SGWS does not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action and Plaintiff's claims. SGWS respectfully requests that the Court proceed with this action as if it had originally commenced in this Court and make all orders necessary and appropriate to effectuate this removal.

Dated:  December 20, 2024                    BENBROOK LAW GROUP, PC


                                                By  s/ Bradley A. Benbrook
                                                    BRADLEY A. BENBROOK
                                                    STEPHEN M. DUVERNAY

# EXHIBIT 1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Robert Tanner<br>1028 Dartmoor Cir, Lodi Ca 95240<br><br>TELEPHONE NO.: 916-308-1555　　FAX NO.:<br>EMAIL ADDRESS: tannerrobert72@yahoo.com<br>ATTORNEY FOR *(Name):* | FILED<br>SUPERIOR COURT<br><br>2024 NOV 22  AM II: 39<br><br>STANTE COURT CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 180 E. Weber St
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton Ca  95202
BRANCH NAME:

CASE NAME: TANNER V SOUTHERN GLAZERS WINE AND SPIRIT

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: STK-CV-UD-2024-16042 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $35,000) | [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter　[ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[X] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 11/22/24　Robert Tanner

Robert Tanner
_____
(TYPE OR PRINT NAME)　　　　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

CM-010

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner
Appeal...

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

CIVIL CASE COVER SHEET

1  Robert Tanner
2  1208 Dartmoor Cir
   Lodi Ca 95240
3  916-308-1555
   Tannerrobert72@yahoo.com
4

5

6

7

8              SUPERIOR COURT FOR THE STATE OF CALIFRONIA

9                      COUNTY OF SAN JOAQUIN

10

11

12  **Robert Tanner**                      Case No.: [N STK-CV-UD-2024- 16412

13            Plaintiff,

14  vs.                                     COMPLAINT FOR DAMAGES FOR
                                            SLANDER, AND DEFAMTION OF
15  **SOUTHERN GLAZERS WINE AND SPIRITS,**   CHARACTER

16            Defendant

17         Plaintiff, Robert Tanner, (hereinafter referred to as " Plaintiff) proceeding in this

18
19  matter, **pro se**, hereby files this complaint for making false damaging statements against Plaintiff

20  and intentionally slandered and defamed Plaintiff's character.

21      **JURISDICTION AND VENUE**

22      1.  Jurisdiction conferred on this court because Defendant named herein are
23
            residents of the State of California and or conduct business in the State of
24
25          California.

26

27

28

2. Venue is proper in this court because Defendant resides in this county or conducts business herein and because all of the events and omission giving rise to Plaintiff's claims occurred in this county.

**PARTIES**

3. Plaintiff are a black male. Age 54 and are a resident of California. During the time of the underlying events, Robert Tanner lived in Stockton Ca.

4. Defendant is a corporation and are licensed to do business in the State of California.

**FACTUAL ALLEGATIONS**

**(Slander and Defamation of Character)**

5. Plaintiff realleges and incorporates by references paragraphs 1 through 4 above as thoughtful set forth herein.

6. Plaintiff is unaware of the true names or capacities whether they are individuals or business entities of Defendant DOES 1 through 50 and therefore sue them by such fictitious names and will seek leave of the court to insert true names and capacities.

7. At all times, mentioned herein, Defendant and each of them, inclusive of DOES 1 through 50 were authorized and empowered by each other to act and did so act, as agents of each other, and all of the things herein alleged to have been done by them were done in the capacity of such agency. Upon information, and belief all Defendant's are responsible in some manner for the events described herein and are liable to Plaintiff for the damages they have incurred.

8. Plaintiff is informed and believes that on or about October 14, 2023 through September 15, 2024 Defendant made the following defamatory statements about of and concerning Plaintiff being a homosexual, gay, and a faggot. Defendant made said statements in person and around other people to reasonably understood them to meant that Plaintiff was all the above.

9. The aforesaid defamatory statements made allegedly by Defendant was and is false and was not privileged. Defendant made said statements knowing the falsity thereof or without reasonable care to determine the truth or falsity thereof.

10. Defendant made the aforesaid defamatory statement with malice and with the intent to injure Plaintiff good name and reputation and to interfere with his employment. Additionally, such defamatory statements were also made to women to make the Plaintiff to make him look inferior and or less than a human man.

11. The aforesaid defamatory statements has harmed Plaintiff's reputation: such a statement has a tending to injure and has injure Plaintiff in his occupation and relationships with women. Plaintiff has had to incur substantial expenses in order to redress the harm I have suffered and also have suffered emotional stress.

12. During the above time frame of all events, Plaintiff always remained professional, helpful, and peaceful at all times.

13. Under the Court's discretion, it is permissible to view Plaintiff's chronological personal notes of all dates and time of all the events, order discovery of in store camera footages of events, and to interview all Plaintiff's witnesses.

## CONCLUSION

In conclusion, it is evident that Plaintiff has suffered significant damages due to Defendant's course of conduct. Plaintiff did not deserve the severe damages caused to him by Defendant, and so he is entitled to relief from the court against the Defendant.

14. Plaintiff is seeking damages in the amount of $10 million dollars and punitive damages in the amount of $ 15 million dollars for a grand total of $25 million dollars.

15. Require Defendant to make a public retraction of the false and defamatory statements made against Plaintiff.

16. Awarding such further relief as the court deems just and proper under the circumstances.

PRAYER FOR RELIEF

Wherefore, Plaintiff Robert Tanner prays for judgment against Defendant for the damages suffered.

Dated this 22nd day of November 2023

Robert Tanner, Pro Se

# EXHIBIT 2

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT

2024 NOV 22  AH 11: 39

STEPHANIE ~~BREEN~~ CLERK
~~DEPUTY~~

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SOUTHERN GLAZER'S WINE AND SPIRITS

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ROBERT tANNER

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *Superior court of California-county of* *(El nombre y dirección de la corte es):* 100 E woeber Ave Stockton CA 95202 | **CASE NUMBER** *(Número de Caso):* STK-CV-UD-2024-16412 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
RobERt tANNER 1626 DANlMARK CiR lodi CA 95240

| | | |
|---|---|---|
| DATE: *(Fecha):* ~~lodi CA 95240~~ 2024 | STEPHANIE BORDER, Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |

(For proof of service of this summons use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
SUPERIOR COURT · SAN JOAQUIN COUNTY
CALIFORNIA

**NOTICE TO THE PERSON SERVED:** You are served

1. ☒ as an individual defendant.
2. ☒ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 *www.courts.ca.gov* |

For your protection and privacy, please press the Clear

# EXHIBIT 3

**POS-040**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:**          **STATE BAR NO:**<br>NAME: Robert Tanner<br>FIRM NAME:<br>STREET ADDRESS: 1028 Dartmoor Cir<br>CITY: Lodi          STATE: Ca     ZIP CODE: 95240<br>TELEPHONE NO.: 9163081555          FAX NO. :<br>E-MAIL ADDRESS: tannerrobert72@yahoo.com<br>ATTORNEY FOR (name): | **FOR COURT USE ONLY** |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Joaquin<br>STREET ADDRESS: 108 E Weber Ave<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Stockton 95202<br>BRANCH NAME: | |
| Plaintiff/Petitioner: Robert Tanner | **CASE NUMBER:**<br>STK-CV-UD-2024-16412 |
| Defendant/Respondent: Southern Glazers Wine and Spirits | **JUDICIAL OFFICER:** |

**PROOF OF SERVICE—CIVIL**

**Check method of service** *(only one):*

☐ By Personal Service    ☒ By Mail    ☐ By Overnight Delivery

☐ By Messenger Service    ☐ By Fax

| **DEPARTMENT:** |
|---|

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action.**

2. My residence or business address is:

   229 E Weber Ave Ste 104 Stockton CA 95202

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 11/22/2024          I served the following **documents** *(specify):*

   Notice of Case Assisgnment and Notice of Hearing, Complaint for Damages For Slander, and Defamation of Character, Civil Case Cover Sheet, Summons

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:

   a. Name of person served:

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. January 1, 2020]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov

POS-040

| CASE NAME: | CASE NUMBER: |
|---|---|
| Tanner V. Southern Glazers Wine and spirits | |

6. b. [x] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) [x] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. [ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/22/2024

Bryantinae Fultcher
_____
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____

_____
(NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

POS-040

# INFORMATION SHEET FOR PROOF OF SERVICE—CIVIL

*(This information sheet is not part of the official proof of service form and does not need to be copied, served, or filed.)*

**USE OF THIS FORM**

This form is designed to be used to show proof of service of documents by (1) personal service, (2) mail, (3) overnight delivery, (4) messenger service, or (5) fax.

This proof of service form should **not** be used to show proof of service of a summons and complaint. For that purpose, use *Proof of Service of Summons* (form POS-010).

Also, this proof of service form should **not** be used to show proof of electronic service. For that purpose, use *Proof of Electronic Service* (form POS-050).

Certain documents must be personally served. For example, an order to show cause and temporary restraining order generally must be served by personal delivery. You must determine whether a document must be personally delivered or can be served by mail or another method.

**GENERAL INSTRUCTIONS**

A person must be over 18 years of age to serve the documents. The person who served the documents must complete the Proof of Service. **A party to the action cannot serve the documents**.

The Proof of Service should be typed or printed. If you have Internet access, a fillable version of this proof of service form is available at *www.courts.ca.gov/forms.htm*.

*Complete the top section of the proof of service form as follows:*

<u>First box, left side</u>: In this box print the name, address, and telephone number of the person for whom you served the documents.

<u>Second box, left side</u>: Print the name of the county in which the legal action is filed and the court's address in this box. The address for the court should be the same as the address on the documents that you served.

<u>Third box, left side</u>: Print the names of the plaintiff/petitioner and defendant/respondent in this box. Use the same names as are on the documents that you served.

<u>Fourth box, left side</u>: Check the method of service that was used. You should check only one method of service and should show proof of only one method on the form. If you served a party by several methods, use a separate form to show each method of service.

<u>First box, top of form, right side</u>: Leave this box blank for the court's use.

<u>Second box, right side</u>: Print the case number in this box. The case number should be the same as the case number on the documents that you served.

<u>Third box, right side</u>: State the judge and department assigned to the case, if known.

*Complete items 1–6:*

1. You are stating that you are over the age of 18.
2. Print your home or business address.
3. If service was by fax service, print the fax number from which service was made.
4. List each document that you served. If you need more space, check the box in item 4, complete the *Attachment to Proof of Service—Civil (Documents Served)* (form POS-040(D)), and attach it to form POS-040.
5. Provide the names, addresses, and other applicable information about the persons served. If more than one person was served, check the box on item 5, complete the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)), and attach it to form POS-040.
6. Check the box before the method of service that was used, and provide any additional information that is required. The law may require that documents be served in a particular manner (such as by personal delivery) for certain purposes. Service by fax generally requires the prior agreement of the parties.

**You must sign and date the proof of service form. By signing, you are stating under penalty of perjury that the information that you have provided on form POS-040 is true and correct.**

---

POS-040 [Rev. January 1, 2020]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form |

| Clear this form |

# EXHIBIT 4

# SUPERIOR COURT OF CALIFORNIA

**County of San Joaquin**
**180 E Weber Avenue**
**Stockton, CA 95202**

### NOTICE OF CASE ASSIGNMENT AND NOTICE OF HEARING

Case Number: **STK-CV-UD-2024-0016412**

A Case Management Conference has been scheduled for your case as indicated below. A copy of this information must be provided with the complaint or petition, and with any cross-complaint that names a new party to the underlying action. Disregard hearing date if that date has expired.

| Hearing: Case Management Conference | Date:  05/22/2025 | Time:  8:45 AM Department: 10B |
|---|---|---|
| **JUDGE** | COURT LOCATION | PHONE Numbers: |
| THIS CASE **HAS BEEN ASSIGNED** TO JUDGE BLANCA **BANUELOS IN DEPARTMENT 10B** FOR ALL **PURPOSES, INCLUDING TRIAL.** | Stockton | Stockton: 209-992-5693<br>Lodi:      209-992-5522 |

[ **X** ] ADR & Scheduling Information is available on court website @ sjcourts.org/self-help

1. You must:

   a. **Serve** all named defendant's and file proofs of service on those defendants with the court Within 60 days of the filing of the complaint. (CRC 3.110)

   b. **File and serve** a completed Case Management Conference Statement (use of JC form CM-110 is mandatory) at least 15 days before the Case Management Conference.

   c. **Meet and Confer,** in person or by telephone, to consider each of the issues identified in CRC 3.727 no later than 30 calendar days before the date set for the Case Management Conference. (CRC 3.724)

   d. **Collection cases** are managed pursuant to CRC 3.740.

2. Case Management Conferences, Law and Motion and Ex Partes will be held remotely unless ordered otherwise. For telephonic appearance phone numbers, information and instructions visit @ https://www.sjcourts.org/divisions/civil/ .

3. If this case was eFiled, the plaintiff/petitioner or their attorney must access their copy of this notice and the issued summons for service from the court's case management system at the following link: cms.sjcourts.org/fullcourtweb/start.do.

4. Courtesy Copies: Courtesy copies must be submitted as outlined in Local Rule 3-117. Courtesy copies (only) may be placed in the drop boxes located on the 10th and 11th floor. Courtesy copies can also be placed in the drop box located outside of the courthouse.

Visit **our website** @ www.sjcourts.org for more information regarding civil cases, local rules and forms.

Date: 11/22/2024                                                     _____ Mia Stipe _____ ,Deputy Clerk

NOTICE OF CASE ASSIGNMENT AND NOTICE OF HEARING

**CERTIFICATE OF SERVICE**

I, Stephen M. Duvernay, hereby certify as follows:

I am an active member of the State Bar of California, and I am not a party to this action. My business address is 701 University Avenue, Suite 106, Sacramento, California 95825, and my electronic service address is steve@benbrooklawgroup.com.

On December 20, 2024, I caused the foregoing document to be served as follows:

Robert Tanner

**By U.S. Mail**
1208 Dartmoor Circle
Lodi, CA  95240

**By e-mail**
Tannerrobert72@yahoo.com

s/ Stephen M. Duvernay
Stephen M. Duvernay