

# United States District Court
# Eastern District of California

|                     |                                  |
|---------------------|----------------------------------|
| Plaintiff(s)        | Case Number: _____      |
| V.                  |                                  |
|                     | APPLICATION FOR PRO HAC VICE     |
| Defendant(s)        | AND PROPOSED ORDER               |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____        Signature of Applicant: /s/ _____

---

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____    Bar # _____

## **ORDER**

Dated: _____    _____
                              JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**David C. Myers**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 9th day of May, 1986.

I further certify that the records of this office show that, as of this date

**David C. Myers**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of January, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9682C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.