UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TANNER,<br><br>   Plaintiff,<br><br>   v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC,<br><br>   Defendant. | Case No. 2:24-cv-03664-DJC-CSK<br><br>ORDER |

On May 21, 2025, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 22.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 22) are ADOPTED IN FULL;
2. Plaintiff's motion to remand (ECF No. 10) is DENIED;

1

3. Defendant's motion to dismiss (ECF No. 3) is GRANTED;

4. Plaintiff's Complaint is dismissed with leave to amend;

5. Plaintiff is granted thirty (30) days to file an amended complaint. Failure to do so will result in dismissal of this action; and

6. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **June 24, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE